# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

FILED
NOV - 2 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

V.

**COMPLAINT**

FREDDIE GILBERT

CASE NUMBER: 3-17-MJ- 808-BN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 29, 2017, in the Dallas Division of the Northern District of Texas, defendant, Freddie Gilbert did,

Knowingly possess a firearm while being a convicted felon;

in violation of Title 18, United States Code, Section(s) 922(g)(1) and 924(a)(2).

I further state that I am a Task Force Officer with Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

See attached Affidavit of Task Force Officer Michael Reuler which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:   XX Yes   No

Signature of Complainant
Michael Reuler
Task Force Officer, FBI

Sworn to before me and subscribed in my presence, on this 2d day of November, 2017, in Dallas, Texas.

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

1. I, Michael S. Reuler, Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

2. This affidavit sets forth facts and suggests reasonable inferences from those facts establishing that there is probable cause to believe that on or about October 29, 2017, in the Northern District of Texas, **Freddie Gilbert** knowingly and intentionally combined, conspired, confederated and agreed with other persons, known and unknown to the United States Attorney, to commit the following offense against the United States: to knowingly possess a firearm while being a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

3. The information contained in this affidavit is based on my personal knowledge and experience, my personal participation in this investigation, and information obtained from other law enforcement officers and/or agents involved in this investigation. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) has been committed by **Freddie Gilbert**.

### Background on Affiant

4. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who

is authorized by law to conduct investigations of, and make arrests, for offenses enumerated in 18 U.S.C. § 2516.

5. I have been employed by the City of Dallas as a Police Officer for approximately seventeen years. I have been a Gang Detective since 2006 and have been a TFO with the FBI since 2012. I have participated in previous investigations of violent crime related to criminal street gangs, investigations of unlawful narcotics distribution, and unlawful possession of firearms by convicted felons and known criminal street gang members. I have conducted or participated in physical and electronic surveillances, the execution of search warrants, debriefing of informants, and the review of taped conversations. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, distributed, and the methods of payments for such drugs. I am familiar with Firearms and their use by criminal street gang members and convicted felons and the manner in which they are utilized in furtherance of criminal activity. I am also familiar with the methods by which narcotics traffickers communicate and the code words commonly used by narcotics traffickers.

## Facts Supporting Probable Cause

6. On October 29, 2017, law enforcement officials in Kaufman County received a call for service regarding a Deadly Conduct offense that had been committed where the caller stated the driver of a black Hyundai had fired a round of ammunition at their vehicle in the area of United States Highway 80 and County Road 212 in Kaufman County.

7. Law enforcement officials were able to locate the black Hyundai Elantra, bearing the Texas license plate CVY7742, as it was traveling eastbound on Interstate 20, near mile marker 503. Law enforcement officials initiated a traffic stop of the black Hyundai Elantra by activating the emergency equipment of the marked law enforcement vehicle. A vehicle pursuit ensued, reaching speeds up to one hundred and ten miles per hour when the black Hyundai Elantra refused to stop.

8. The black Hyundai Elantra eventually became involved in a vehicle accident with another vehicle on the roadway. Law enforcement officials identified the driver of the black Hyundai Elantra as **Freddie Gilbert** and he was the only occupant inside the vehicle (who was alive). Subsequent to **Gilbert's** arrest, **Gilbert** told law enforcement officials that the body of a girl was in the trunk of the vehicle. Law enforcement officials found a female victim in the trunk of the vehicle as **Gilbert** had stated. The female victim was observed to have a visible gunshot wound to the head by law enforcement officials.

9. Law enforcement officials also found a Taurus .38 caliber revolver, serial number 1E85960. The revolver was located in the side-pocket of the driver's side door. The revolver was found to be loaded with five rounds, two of which were spent casings.

10. I have reviewed **Gilbert's** criminal history and it shows that he is a convicted felon. He has been charged with and convicted for felonies in the state of Louisiana. **Gilbert's** felony convictions are out of the Judicial District Court of Jefferson Parish for Possession of Marijuana and Possession of a Schedule IV Dangerous Drug, To Wit: Zolpidem (Ambien). **Gilbert** pled guilty to the marijuana charge in 2007 and the possession of Zolpidem (Ambien) in 2006. **Gilbert** served jail time for these convictions.

**Affidavit in Support of Application for Criminal Compliant - Page 3**

11.     Based on the foregoing, together with my training and experience, I believe that there is sufficient probable cause to believe that on October 29, 2017, **Freddie Gilbert**, knowingly possessed a firearm while being a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). I respectfully request a warrant be issued for the arrest of **Freddie Gilbert**.

Michael Reuler
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this ___20___ day of, November 2017.

David L. Horan
United States Magistrate Judge
Northern District of Texas