IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § No. 3:17-CR-0569-B § |
| FREDDIE THOMAS GILBERT | § § |

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
NOV - 7 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## VERDICT FORM

We, the jury in the above-entitled case, find Defendant Freddie Thomas Gilbert:

1. "Guilty" or "Not Guilty" as to Count One of the second superseding indictment, Possession of a Firearm or Ammunition by a Felon: __Guilty__.

2. "Guilty" or "Not Guilty" as to Count Two of the second superseding indictment, Possession with Intent to Distribute Cocaine: __Guilty__.

3. "Guilty" or "Not Guilty" as to Count Three of the second superseding indictment, Using, Carrying, Brandishing, and Discharging a Firearm During and/or in Relation to a Drug Trafficking Crime: __Guilty__.

    If your answer on Count Three is "Guilty," answer Part A and Part B below. If your answer on Count Three is "Not Guilty," **do not** answer Part A or Part B.

    A. If you have found the Defendant GUILTY of Count Three, then determine whether the Defendant brandished a firearm: Yes __✓__ No _____.

    B. If you have found the Defendant GUILTY of Count Three, determine whether the defendant discharged a firearm: Yes __✓__ No _____.

4. "Guilty" or "Not Guilty" as to Count Four of the second superseding indictment, Murder Resulting from the Use of a Firearm During and in Relation to a Drug Trafficking Crime: __Guilty__.

DATE: November 7, 2019

_____
JURY FOREPERSON