IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| | § | |
| vs. | § | No. 3:17-CR-569-B(1) |
| | § | |
| FREDDIE THOMAS GILBERT, | § | |
| Defendant. | § | |

### ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)   The request for leave to proceed *in forma pauperis* on appeal (doc. 126) is **DENIED** because the Court certifies pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith. In support of this certification, the Court states that there is no pending proceeding. The direct appeal to the United States Court of Appeals for the Fifth Circuit has concluded, and the defendant has filed no other actions in this Court. Based on these circumstances, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

>   (**X**) Although this Court has denied leave to proceed *in forma pauperis* on appeal, the defendant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).

**DATE:**  March 1, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE